■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAWN WILLIAMS, Appellant. [879 NYS2d 340]—Appeal by the defendant, as limited by his motion, from a sentence of the

Supreme Court, Queens County (Chin-Brandt, J.), imposed May 5, 2008, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Skelos, Miller, Eng and Lott, JJ., concur.